Doc#: 9433 Bk:24841 Pg: 92

# ASSIGNMENT OF MORTGAGE

KNOW ALL BY THESE PRESENTS THAT **Mortgage Electronic Registration Systems, Inc., as nominee for Downeast Mortgage Corporation**, for valuable consideration paid, the receipt whereof is hereby acknowledged, does hereby sell, assign, transfer and set over, **Washington Mutual Bank, 11200 W. Parkland Ave., Milwaukee, WI 53224**, its successors and assigns, the said mortgage described hereinafter recorded in the Cumberland County Registry of Deeds, and the notes, debts and claims secured thereby and all its right, title and interest by virtue of said mortgage in and to the real estate therein described, with full power to collect and discharge the same or to dispose of the same in the name of the Assignor herein.

Borrower: Stephen M. Graffam and Colleen E. Kearney Graffam
Original Holder: Mortgage Electronic Registration Systems, Inc., as nominee for Downeast Mortgage Corporation
Date: July 28, 2005
Amount: 201,200
Book: 22978
Page: 123

**Mortgage Electronic Registration Systems, Inc., as nominee for Downeast Mortgage Corporation**

Dated: 1-30-07

By: _____
Title: **Vice President**
Type/Print Name: **Rick Wilken**

STATE OF MN
COUNTY OF Dakota

Personally appeared before me this 30 day of Jan., 2007, the above-named **Rick Wilken**, **Vice President** on behalf of Mortgage Electronic Registration Systems, Inc., as nominee for Downeast Mortgage Corporation and acknowledged the foregoing to be his/her free act and deed in said capacity.

JACQUELYN FREEMAN
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2011

Type/Print Name: Jacquelyn Freeman
Notary Public
My Commission Expires: 1-31-11

07-6727 / 643 Methodist Road, Westbrook, ME 04092
assign

Received
Recorded Register of Deeds
Feb 13, 2007 12:07:21P
Cumberland County
Pamela E. Lovley

**EXHIBIT D**