After Recording Return To:
PEIRSONPATTERSON, LLP
ATTN: RECORDING DEPT.
4400 ALPHA ROAD
DALLAS, TX 75244-4505
800-899-9027

———————————————[Space Above This Line For Recording Data]———————————————

# MAINE ASSIGNMENT OF MORTGAGE

For Value Received, **JPMorgan Chase Bank, National Association, successor in interest by purchase from the Federal Deposit Insurance Corporation as Receiver of Washington Mutual Bank**, the undersigned holder of a Mortgage (herein "Assignor") does hereby grant, sell, assign, transfer and convey, unto **OCWEN LOAN SERVICING, LLC**, (herein "Assignee"), whose address is **1661 WORTHINGTON RD, SUITE 100, WEST PALM BEACH, FL 33409**, all beneficial interest under a certain Mortgage dated **July 28, 2005** and recorded on **August 4, 2005**, made and executed by **STEPHEN M. GRAFFAM AND COLLEEN E. KEARNEY GRAFFAM**, upon the following described property situated in **CUMBERLAND** County, State of Maine:
Property Address: **643 METHODIST ROAD, WESTBROOK, ME 04092**

such Mortgage having been given to secure payment of **Two Hundred One Thousand Two Hundred and 00/100ths ($201,200.00)**, which Mortgage is of record in Book, Volume, or Liber No. **22978**, at Page **107** (or as No. **53674**), in the Register of Deeds of **CUMBERLAND** County, State of Maine.

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

**This Assignment is intended to further memorialize the transfer that occurred by operation of law on September 25, 2008 as authorized by Section 11(d)(2)(G)(i)(II) of the Federal Deposit Insurance Act, 12 U.S.C. §1821(d)(2)(G)(i)(II).**


EXHIBIT E

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on __8|8|2017__.



Assignor:
**JPMorgan Chase Bank, National Association, successor in interest by purchase from the Federal Deposit Insurance Corporation as Receiver of Washington Mutual Bank**

By: _____
    MYKISHA D. BUSH

Its: __VICE PRESIDENT_____

## ACKNOWLEDGMENT

State of **Louisiana** §
§
Parish of **Ouachita** §

On this ___ day of __August 2017__, before me appeared __MYKISHA D. RUSH__, to me personally known, who, being by me duly sworn (or affirmed) did say that he/she is the __VICE PRESIDENT__, of **JPMorgan Chase Bank, National Association, successor in interest by purchase from the Federal Deposit Insurance Corporation as Receiver of Washington Mutual Bank**, and that the seal affixed to said instrument is the corporate seal of said entity and that the instrument was signed and sealed on behalf of the said entity by authority of its board of directors and that __MYKISHA D. RUSH__ acknowledged the instrument to be the free act and deed of the said entity.

_____
Signature of Person Taking Acknowledgment

**YOLANDA A. DIAZ**
Printed Name

**NOTARY PUBLIC**
Title or Rank

Serial Number, if any: N/A

My Commission Expires: Lifetime

(Seal)

**Maine Assignment of Mortgage**
JPMorgan Chase Bank N.A. Project W2768    Page 3 of 3    L73108ME 01/12 Rev 02/14