Recording Requested By:
FIRST AMERICAN MORTGAGE SOLUTIONS

And When Recorded Mail To:
FIRST AMERICAN MORTGAGE SOLUTIONS
3 First American Way
Santa Ana, CA 92707

_____ above for Recorder's use _____

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, OCWEN LOAN SERVICING, LLC, 1661 WORTHINGTON RD SUITE 100, WEST PALM BEACH, FL 33409-0000, hereby assign and transfer to U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-0000, all its right, title and interest in and to said Mortgage in the amount of $201,200.00, recorded in the State of MAINE, County of CUMBERLAND Official Records, dated JULY 28, 2005 and recorded on AUGUST 04, 2005, as Instrument No. 53674, in Book No. 22978, at Page No. 107.
Executed by: STEPHEN M. GRAFFAM AND COLLEEN E. KEARNEY GRAFFAM (Original Mortgagor).
Original Mortgagee: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.(MERS), AS NOMINEE FOR DOWNEAST MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS.

Date: AUGUST 06, 2018
OCWEN LOAN SERVICING, LLC, BY CALIBER HOME LOANS, INC., AS ATTORNEY IN FACT

By: _____
Kendra Cook, Vice President

State of     OKLAHOMA     }
County of    OKLAHOMA     } ss.

On AUGUST 06, 2018, before me, Nancy Ortiz, a Notary Public, personally appeared Kendra Cook, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
Witness my hand and official seal.

_____
(Notary Name): Nancy Ortiz
My commission expires: 09/29/2020

[Notary Seal: NANCY ORTIZ, NOTARY, #04006655, EXP. 09/29/20, STATE OF OKLAHOMA, PUBLIC]

Prepared By: Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134
PHILLIP A TURNER - CALIBER, (405) 608-2535

EXHIBIT F