Doc#: 20579 Bk:35653 Pg: 349

## Quitclaim Assignment

WHEREAS, Downeast Mortgage Corporation, is identified as the "Lender" on a certain mortgage executed by Stephen M. Graffam and Colleen E. Graffam, and bearing the date of July 28, 2005, securing the property located at 643 Methodist Road, Westbrook, in the County of Cumberland and State of Maine and recorded in the Cumberland County Registry of Deeds in Book 22978, Page 107 (hereinafter the "Mortgage");

WHEREAS, Lender wishes to convey and assign any and all rights it may have under the Mortgage to U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("Assignee"); and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Lender hereby assigns and quit claims to Assignee all of its rights, title and interests (whatever they may be, if any) in the Mortgage to Assignee.

Downeast Mortgage Corporation

_JAMES SKIDRAK_
_ONLY AUTHORIZED REPRESENTATIVE_

STATE OF __MAINE__

COUNTY OF __CUMBERLAND__ )

Subscribed before me, on __MARCH 11__, 2019, by __JAMES SKIDRAK__ as __ONLY AUTHORIZED REPRESENTATIVE__ He/she is personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument.

SEAL

Notary Public
My Commission expires:

KRISTIN JOHNSON
NOTARY PUBLIC - MAINE
MY COMMISSION EXPIRES
APRIL 21, 2023

Received
Recorded Register of Deeds
May 20,2019 10:39:23A
Cumberland County
Nancy A. Lane

EXHIBIT G