# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust** | **CIVIL ACTION NO: 2:22-cv-00076-JAW** |
| **Plaintiff** | **MOTION TO REMOVE STAY** |
| vs. | **RE:** <br> **643 Methodist Road, Westbrook, ME 04092** |
| **Colleen E. Graffam and Stephen M. Graffam** | **Mortgage:** <br> **July 28, 2005** <br> **Book 22978, Page 107** |
| **Defendants** | |

NOW COMES the Plaintiff in this matter, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, by and through undersigned counsel, and hereby requests that this Honorable Court, remove the Stay on this matter. As grounds therefore, Plaintiff states that on September 16, 2022, the Plaintiff appeared at the scheduled Mediation with the Cumberland County Superior Court and Defendants, Colleen E Graffam and Stephen M. Graffam, failed to appear. *See* attached Exhibit A, Clerks Notice dated October 13, 2022.

WHEREFORE, the Plaintiff requests that this Honorable Court remove the Stay on this matter.

DATED: October 19, 2022

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 19th day of October, 2022, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

Stephen M. Graffam
95 Federal Street
Wiscasset, ME 04578

Colleen E. Graffam
95 Federal Street
Wiscasset, ME 04578